UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICK BIRD AND SANDRA BIRD, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:15-cv-00561-RLW |
| ) | |
| ASSET ACCEPTANCE, LLC, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed to by and between Plaintiff and Defendant, through their respective undersigned counsel, that the above-captioned action, shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly.

| | |
|---|---|
| VOYTAS AND COMPANY | SPENCER FANE BRITT & BROWNE LLP |
| By: **/s/    Richard A. Voytas, Jr.** | /s/ Joshua C. Dickinson |
| Richard A. Voytas (52046MO) | Joshua C. Dickinson (51446MO) |
| 1 North Taylor Avenue | 12925 West Dodge Road, Suite 107 |
| St. Louis, MO 63108 | Omaha, NE 68154 |
| Telephone:  314-932-1068 | (402) 965-8600  (telephone) |
| Facsimile:  314-667-3161 | (402) 965-8601  (facsimile) |
| rickvoytas@gmail.com | jdickinson@spencerfane.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, Eastern Division, this 14th day of August, 2015, with notice of case activity generated and sent electronically to:


**SPENCER FANE BRITT & BROWNE LLP**

Joshua C. Dickinson
12925 West Dodge Road, Suite 107
Omaha, NE 68154
(402) 965-8600  (telephone)
(402) 965-8601  (facsimile)
jdickinson@spencerfane.com

Patrick T. McLaughlin
1 North Brentwood Blvd., Suite 1000
St. Louis, MO  63105
(314) 863-7733 (telephone)
(314) 862-4656  (facsimile)
pmclaughlin@spencerfane.com
*Attorneys for Defendant Asset Acceptance, LLC*

/s/ Richard A. Voytas, Jr.